UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAMICKO D. MURRAY MCIVER,<br><br>                      Plaintiff,<br><br>-against-<br><br>MOUNT VERNON CMV POLICE DEPT., *et al.*,<br><br>                      Defendants. | 20-CV-9128 (CM)<br><br>CIVIL JUDGMENT |

     Pursuant to the order issued March 16, 2021, dismissing the complaint,

     IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under Rule 12(h)(3) of the Federal Rules of Civil Procedure.

     IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   March 16, 2021
           New York, New York

                                                       *Louis L. Stanton*
                                                          Louis L. Stanton
                                                              U.S.D.J.